Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    08 CRIM    INDICTMENT

          - v. -                  :
                                       08 Cr.
PABLO APONTE,                     :

          Defendant.              :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about December 24, 2007, in the Southern District of New York, PABLO APONTE, the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of official duties, and, in the commission of said acts, did inflict bodily injury, to wit, APONTE intentionally pushed and punched a United States Postal Service letter carrier while the letter carrier was delivering mail and injured his face, head, shoulder, and finger.

(Title 18, United States Code, Sections 111(a), (b).)

_____                    Michael J. Garcia
Foreperson                                   MICHAEL J. GARCIA



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 19 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

PABLO APONTE,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 111(a), (b))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

3/19/08 Filed Indictment Case assigned Pauley
Pitman
U.S.M.J.