

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2008



**BY HAND**

The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste. 2210
New York, New York 10007

    Re:   United States v. Pablo Aponte,
              No. 08 Cr. 244 (WHP)

Dear Judge Pauley:

    This matter is currently scheduled for a status conference on June 24, 2008 at 10:00 a.m. The Government has concluded that prosecution of this matter should be deferred, and has contacted the Pretrial Services Agency to conduct an investigation to determine whether it agrees that such a disposition is appropriate. Therefore, the parties request that the Court adjourn the status conference for approximately one month, to a new date of the Court's convenience.

    In case this matter does proceed to trial, the Government also respectfully requests that the Court exclude time from June 24, 2008 until the date of the next scheduled conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a

The Honorable William H. Pauley, III
June 17, 2008
Page 2

speedy trial because the continuance will allow the parties to discuss a disposition of the case. Defense counsel consents to this request for the exclusion of time.

> Respectfully submitted,
>
> MICHAEL J. GARCIA
> United States Attorney
> Southern District of New York
>
> By: _____
> Rebecca A. Rohr
> Assistant United States Attorney
> (212) 637-2531

cc (by hand): Sabrina Shroff, Esq.

APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO AUGUST 13, 2008 AT 12:45 P.M.
SO ORDERED: IN THE INTERESTS OF JUSTICE.

_____
WILLIAM H. PAULEY III U.S.D.J.
6-26-08